IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANTHONY GILLIHAN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NUGENT STREET HOLDINGS, LLC and )<br>BENT TREE PLAZA S/C, LTD., )<br>)<br>Defendants. ) | CIVIL ACTION<br><br>FILE No.  3:20-CV-00458 |

## NOTICE OF SETTLEMENT

Plaintiff, ANTHONY GILLIHAN ("Plaintiff"), by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendants, NUGENT STREET HOLDINGS, LLC and BENT TREE PLAZA S/C, LTD.

Plaintiff and Defendants, NUGENT STREET HOLDINGS, LLC and BENT TREE PLAZA S/C, LTD, are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation of Dismissal of Defendants with Prejudice once the agreement is finalized.  Plaintiff and Defendant request thirty (30) days within which to file its dismissal documents.

Respectfully submitted this 22nd day of April, 2020.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
*Attorney-in-Charge for Plaintiff*
Northern District of Texas ID No. 54538FL
The Schapiro Law Group, P.L
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433

        Tel: (561) 807-7388
        Email: schapiro@schapirolawgroup.com

        Law Offices of
        LIPPE & ASSOCIATES

        Emil Lippe, Jr.
        State Bar No. 12398300
        Lippe & Associates
        12222 Merit Drive, Suite 1200
        Dallas, TX 75251
        Tel: (214) 855-1850
        Fax: (214) 720-6074
        Email:  emil@texaslaw.com

## **CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 22nd day of April, 2020.

        /s/ Douglas S. Schapiro
        Douglas S. Schapiro
        Northern District of Texas ID No. 54538FL